Sarai L. Brown (Bar No. 11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Attorney for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA CHALAYE,<br><br>              Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., CLARITY SERVICES, INC., and MISSOURI HIGHER EDUCATION LOAN AUTHORITY,<br><br>              Defendants. | Case No.: 2:25-cv-00319-GMN-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

      Plaintiff Cynthia Chalaye ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") and through their undersigned counsel (collectively, "the Parties"), hereby stipulate as follows:

      1.     On February 18, 2025, Plaintiff filed her Complaint in the above-referenced matter. On February 19, 2025, Trans Union was served with Plaintiff's Complaint.

      2.     Trans Union's current deadline to respond to the Complaint is March 12, 2025.

      3.     Good cause exists for Trans Union's request to extend the current response deadline by 21 days, as Plaintiff and Trans Union are actively engaged in case-resolution negotiations, including factual research into Plaintiff's allegations of the Complaint to aid in inform

4. al resolution discussions.

5. Plaintiff does not oppose an extension of Trans Union's time to respond to the Complaint so that the Parties may devote their time and energy to resolving this matter. Pursuant to Local Rule IA 6-1, Trans Union respectfully requests the Court for an extension of time to file its responsive pleading for 21 days, which is up to and including, to April 2, 2025.

6. This stipulation is not for delay.

7. This is the first stipulation for an extension of time for Trans Union to respond to the Complaint.  No other deadlines will be affected by this extension.

8. For the foregoing reasons, Trans Union requests that the Court issue an order extending the date, to April 2, 2025, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

Dated this 11th day of March 2025.

SKANE MILLS LLP

*/s/ Sarai L. Brown*
Sarai L. Brown, Esq. (SBN 271389)
Sbrown@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Trans Union LLC*

FREEDOM LAW FIRM, LLC

*/s/ George Haines*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 1.5171
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: infoGfreedomlegalteam.com
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

**U.S. MAGISTRATE JUDGE**

**Date:  March 12, 2025**

2