Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for Higher Education Loan Authority of the State of Missouri*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA CHALAYE, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC. AND MISSOURI HIGHER EDUCATION LOAN AUTHORITY, <br><br> Defendants. | Case No. 2:25-cv-00319-GMN-EJY <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

### STIPULATION

Plaintiff Cynthia Chalaye ("Plaintiff") and Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. On February 18, 2025, Plaintiff filed her complaint in this Court.

2. On February 20, 2025, MOHELA was served with the Complaint.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), MOHELA must file its response to the Complaint on or before March 13, 2025.

4. MOHELA has requested, and Plaintiff has agreed to, an additional 21 days (up to and including April 3, 2025) for MOHELA to answer or otherwise plead in response to the

32954149

Complaint. Good cause exists for MOHELA's request to extend the current response deadline by 21 days, as Plaintiff and MOHELA are engaged in case-resolution negotiations, including factual research into Plaintiff's allegations of the Complaint to aid informal resolution discussions.

5. Plaintiff does not oppose an extension of MOHELA's time to respond to the Complaint so that the Parties can devote their time to resolving the matter. Pursuant to Local Rule IA 6-1, MOHELA respectfully requests the Court for an extension of time to file its responsive pleading for 21 days, up to and including April 3, 2025.

6. This stipulation is not for purposes of delay and is the first request of the parties to extend this deadline.

DATED this 13th day of March, 2025.    DATED this 13th day of March, 2025.


*/s/ Gerado Avalos*    */s/ Patrick J. Reilly*
George Haines, Esq.    Patrick J. Reilly, Esq.
Gerardo Avalos, Esq.    BROWNSTEIN HYATT FARBER
FREEDOM LAW FIRM    SCHRECK, LLP
8985 South Eastern Avenue, Suite 100    100 North City Parkway, Suite 1600
Las Vegas, Nevada 89123    Las Vegas, Nevada 89106

*Attorneys for Plaintiff*    *Attorneys for Higher Education Loan Authority of the State of Missouri*

### ORDER

Pursuant to the foregoing Stipulation, and with good cause appearing, IT IS HEREBY ORDERED that MOHELA shall have up to and including April 3, 2025, to answer or otherwise plead in response to the Complaint on file herein.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2025

32954149

- 2 -