George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Cynthia Chalaye*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Chalaye,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Missouri Higher Education Loan Authority,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00319<br><br>**Notice of voluntary dismissal of Missouri Higher Education Loan Authority with prejudice** |

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Cynthia Chalaye voluntarily dismisses with prejudice the claims against Missouri Higher Education Loan Authority in this case. Each party will bear its own costs, disbursements, and attorney fees.

　　　Dated: March 31, 2025.

　　　　　　　　　　　　　　　　　　　　　　**FREEDOM LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　/s/ *George Haines*
　　　　　　　　　　　　　　　　　　　　　　George Haines, Esq.
　　　　　　　　　　　　　　　　　　　　　　Gerardo Avalos, Esq.
　　　　　　　　　　　　　　　　　　　　　　8985 S. Eastern Ave., Suite 100
　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89123
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

_____

NOTICE　　　　　　　　　　　　　- 1 -