George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Cynthia Chalaye*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Chalaye,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Missouri Higher Education Loan Authority,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00319<br><br>**Notice of settlement between Plaintiff and Trans Union LLC** |

The dispute between Cynthia Chalaye ("Plaintiff") and Trans Union LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

　　　Dated: March 12, 2025.

　　　　　　　　　　　　　　　　　　　　　　　**FREEDOM LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *George Haines*
　　　　　　　　　　　　　　　　　　　　　　　George Haines, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Gerardo Avalos, Esq.
　　　　　　　　　　　　　　　　　　　　　　　8985 S. Eastern Ave., Suite 100
　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89123
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

_____

NOTICE　　　　　　　　　　　　　　- 1 -