George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Cynthia Chalaye*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Chalaye,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Missouri Higher Education Loan Authority,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00319<br><br>**Notice of voluntary dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Cynthia Chalaye voluntarily dismisses with prejudice the claims against National Consumer Telecom & Utilities Exchange, Inc. in this case. Each party will bear its own costs, disbursements, and attorney fees.

　　　Dated: April 10, 2025.

　　　　　　　　　　　　　　　　　　　　　　　**FREEDOM LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　　/s/ *George Haines*
　　　　　　　　　　　　　　　　　　　　　　　George Haines, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Gerardo Avalos, Esq.
　　　　　　　　　　　　　　　　　　　　　　　8985 S. Eastern Ave., Suite 100
　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89123
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

_____
NOTICE　　　　　　　　　　　　　　　- 1 -