George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Cynthia Chalaye*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Chalaye,<br><br>    Plaintiff,<br>v.<br><br>Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Missouri Higher Education Loan Authority,<br><br>    Defendants. | Case No: 2:25-cv-00319<br><br>**Notice of settlement between Plaintiff and Clarity Services, Inc.** |

The dispute between Cynthia Chalaye ("Plaintiff") and Clarity Services, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

   Dated: May 1, 2025.

                                                              **FREEDOM LAW FIRM**

                                                               /s/ *George Haines*
                                                              George Haines, Esq.
                                                              Gerardo Avalos, Esq.
                                                              8985 S. Eastern Ave., Suite 100
                                                              Las Vegas, Nevada 89123
                                                              *Counsel for Plaintiff*

---

NOTICE                                             - 1 -