George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Cynthia Chalaye*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Chalaye,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Missouri Higher Education Loan Authority,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00319<br><br>**Stipulation for dismissal of Trans Union LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cynthia Chalaye and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans Union, LLC with prejudice.

///
///
///
///
///

---

STIPULATION　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 15, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Cynthia Chalaye*

**SKANE MILLS LLP**

/s/ *Sarai L. Thornton*
Sarai L. Thornton, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for Trans Union LLC*

## ORDER

IT IS SO ORDERED.

Dated this  15  day of May, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT